# Court of Appeals
# of the State of Georgia

ATLANTA,  October 09, 2019

*The Court of Appeals hereby passes the following order:*

**A20A0385.  LAURIE ELLEN DENNIS v. FIRST PAULDING LAND FUND, LTD.**

On July 10, 2019, the superior court entered summary judgment in favor of First Paulding Land Fund, Ltd. and against Laurie Ellen Dennis.  On August 15, 2019, Dennis filed a notice of appeal.

We lack jurisdiction because the appeal is untimely.  A notice of appeal must be filed within 30 days after the entry of the trial court's order.  OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997).  Here, Dennis filed her notice of appeal 36 days after the trial court's order was entered.  Accordingly, we lack jurisdiction to consider this appeal, and it is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  10/09/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*